1 | QIANWU YANG  (Cal. Bar No. 336610)
yang@shm.law
2 | YI YI (Cal. Bar No. 353482)
yi.yi@shm.law
3 | **SHM LAW FIRM**
3000 El Camino Real
4 | Building 4, Suite 200
Palo Alto, CA 94306
5 | Telephone: (650) 613-9737

6 | Jing Chen (Cal. Bar No. 357313)
chenjingitc@lantai.cn
7 | LANTAI PARTNERS (QIANHAI) LAW FIRM
T1-702A, Qianhai Kerry Centre, Qianhai
8 | Blvd, Qianhai Shenzhen-Hong Kong
Modern Service Industry Cooperation
9 | Zone, Nanshan ,Shenzhen, China 518052
Telephone: +86 135 2872 3799
10

*Attorneys for Plaintiffs*
11 | iBeauty Limited Company,
Dongguan Xianghuo Trading Co., Ltd.,
12 | Dongguan Laiyang Trading Co., Ltd.,
Guangzhou Linyu Trading Co., Ltd.,
13 | Guangzhou Lincan Electronic Technology Co., Ltd., and
Guangzhou Senran Electronic Technology Co., Ltd.

14

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd., Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd., Guangzhou Lincan Electronic Technology Co., Ltd., and Guangzhou Senran Electronic Technology Co., Ltd., | **CASE NO. 2:24-cv-10694-MWC-JC** <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** |
|---|---|
| Plaintiffs, | |

1  v.

2  Dbest Products, Inc.,

3  　　　　Defendant.

4

5  　　　PLEASE TAKE NOTICE that Qianwu Yang, attorney of record for

6  Plaintiffs iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd.,

7  Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd.,

8  Guangzhou Lincan Electronic Technology Co., Ltd., and Guangzhou Senran

9  Electronic Technology Co., Ltd. (the "Plaintiffs"), hereby associates Jing Chen of

10 the LANTAI PARTNERS (QIANHAI) LAW FIRM as co-counsel for the Plaintiffs

11 in this matter. The name, office address, telephone number, and e-mail address of

12 the associated counsel are as follows:

13 　　　Jing Chen
　　　chenjingitc@lantai.cn
　　　LANTAI PARTNERS (QIANHAI) LAW FIRM
14 　　　T1-702A, Qianhai Kerry Centre, Qianhai Blvd,
　　　Qianhai Shenzhen-Hong Kong Modern Service
15 　　　Industry Cooperation Zone, Nanshan ,Shenzhen,
　　　China 518052
16 　　　Telephone: +86 135 2872 3799

17

18 DATED: January 24, 2025　　　**SHM LAW FIRM**

19 　　　　　　　　　　　　　　　By: */s/Qianwu Yang*
　　　　　　　　　　　　　　　　　QIANWU YANG  (Cal. Bar No. 336610)
　　　　　　　　　　　　　　　　　yang@shm.law
20 　　　　　　　　　　　　　　　　　YI YI (Cal. Bar No. 353482)

2
NOTICE OF ASSOCIATION OF COUNSEL

| | |
|---|---|
| 1 | yi.yi@shm.law |
| | SHM LAW FIRM |
| 2 | 3000 El Camino Real |
| | Building 4, Suite 200 |
| 3 | Palo Alto, CA 94306 |
| | Telephone: (650) 613-9737 |
| 4 | |
| 5 | /s/ Jing Chen |
| | Jing Chen (Cal. Bar No. 357313) |
| 6 | chenjingitc@lantai.cn |
| | LANTAI PARTNERS (QIANHAI) LAW |
| 7 | FIRM |
| | T1-702A, Qianhai Kerry Centre, Qianhai |
| 8 | Blvd, Qianhai Shenzhen-Hong Kong |
| | Modern Service Industry Cooperation Zone, |
| 9 | Nanshan ,Shenzhen, China 518052 |
| | Telephone: +86 135 2872 3799 |
| 10 | |
| | *Attorneys for Plaintiffs* |
| 11 | iBeauty Limited Company, |
| | Dongguan Xianghuo Trading Co., Ltd., |
| 12 | Dongguan Laiyang Trading Co., Ltd., |
| | Guangzhou Linyu Trading Co., Ltd., |
| 13 | Guangzhou Lincan Electronic Technology |
| | Co., Ltd., and |
| 14 | Guangzhou Senran Electronic Technology |
| | Co., Ltd. |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on January 24, 2025.

*/s/ Yi Yi*

YI YI