# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| iBeauty Limited Company, et al.<br><br>Plaintiff(s)<br>v.<br>Dbest Products Inc.<br><br>Defendant(s) | CASE NUMBER<br><br>2:24-cv-10694-MWC-JC<br><br>ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 18) |

☒ The Court hereby orders that the request of:

iBeauty Limited Company, et al.   ☒ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

☒ to substitute **David Silver** who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

1540 West Warm Springs Road, Suite 100
*Street Address*

Henderson, NV 89014        david@bayramoglu-legal.com
*City, State, Zip*         *E-Mail Address*

(702) 462-5973       (702) 553-3404        312445
*Telephone Number*    *Fax Number*          *State Bar Number*

as attorney of record instead of **Jing Chen**

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

☒ The Court hereby orders that the request of **Jing Chen**

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for **iBeauty Limited Company**

**is hereby** ☒ **GRANTED**  ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated **March 24, 2025**

*/s/ signature*
U. S. District Judge

G–01 ORDER (02/24)       ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY