# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

iBeauty Limited Company, et al.,

Plaintiff(s)

v.

Dbest Products, Inc., et al.,

Defendant(s)

CASE NUMBER

LA CV24-10694-MWC-JC

**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 22,32)**

☒ The Court hereby orders that the request of:

Dongguan Laiyang Trading Co., Ltd.   ☒ Plaintiff   ☐ Defendant   ☐ Other
*Name of Party*

☒ to substitute   David Samuel Silver   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

1540 West Warm Springs Road, Suite 100
*Street Address*

Henderson, NV 89014
*City, State, Zip*

david@bayramoglu-legal.com
*E-Mail Address*

(702) 462-5973
*Telephone Number*

(702) 462-5973
*Fax Number*

312445
*State Bar Number*

as attorney of record instead of   Qianwu Yang; Jing Chen; and Yi Yi

*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ GRANTED   ☐ DENIED

☒ The Court hereby orders that the request of   Qianwu Yang; Jing Chen; and Yi Yi

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for

**is hereby** ☒ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   March 31, 2025

*[signature]*

U. S. District Judge