# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| iBeauty Limited Company, et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | LA CV24-10694-MWC-JC |
| v. | |
| Dbest Products, Inc., et al., | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY (DKT. 23, 24, 28) |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Dongguan Xianghuo Trading Co.   ☒ Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

☒ to substitute  David Samuel Silver  who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

1540 West Warm Springs Road, Suite 100
*Street Address*

Henderson, NV 89014           david@bayramoglu-legal.com
*City, State, Zip*            *E-Mail Address*

(702) 462-5973      (702) 462-5973      312445
*Telephone Number*  *Fax Number*        *State Bar Number*

as attorney of record instead of  Qianwu Yang; Jing Chen; and Yi Yi

*List **all** attorneys from same firm or agency who are withdrawing.*

is hereby ☒ GRANTED  ☐ DENIED

☒ The Court hereby orders that the request of  Qianwu Yang; Jing Chen; and Yi Yi

*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for _____

is hereby ☒ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated  March 31, 2025

_____
U. S. District Judge