**BAYRAMOGLU LAW OFFICES LLC**
David Silver (California Bar No. 312445)
david@bayramoglu-legal.com
1540 West Warm Springs Road, Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973
Fax: (702) 553-3404
*Attorneys for Plaintiffs/Counter-Defendant*s

# IN THE UNTIED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd., Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd., Guangzhou Lincan Electronic Technology Co., Ltd., and Guangzhou Senran Electronic Technology Co., Ltd., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> Dbest Products, Inc., <br><br> Defendant/Counterclaimant. | Case No. 2:24-cv-10694-MWC-JC <br><br> **STIPULATION FOR ADDITIONAL DISCOVERY DATES** <br><br> Hon. Judge Michelle Williams Court |

Plaintiffs iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd., Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd., Guangzhou Lincan Electronic Technology Co., Ltd., and Guangzhou Senran Electronic Technology Co., Ltd ("Plaintiffs") and Defendant Dbest Products, Inc. ("Defendant" and collectively referred to herein with "Plaintiffs" as the "Parties"), hereby propose the following schedule for discovery deadlines, pre-trial conference,

and trial with additional dates for Patent Claim Construction and Invalidity Contentions and Hearing incorporated into the regular proposed schedule:

| Date | Event |
|---|---|
| August 1, 2025: | Disclosure of Asserted Claims and Infringement Contentions (N.D. Patent L. R. 3-1) |
| August 1, 2025: | Initial Disclosures Due |
| August 29, 2025: | Last Day to Amend Pleadings/Add Parties |
| September 15, 2025: | Invalidity Contentions (N.D. Patent L. R. 3-3) |
| September 29, 2025: | Exchange of Claim Terms for Construction (N.D. Patent L. R. 4-1) |
| October 20, 2025: | Exchange Proposed Constructions and any Extrinsic Evidence relevant to Proposed Construction (N.D. Patent L. R. 4-2) |
| November 14, 2025: | Joint Claim Construction and Prehearing Statement and Expert Reports (N.D. Patent L. R. 4-3) |
| December 12, 2025: | Completion of Claim Construction Discovery (N.D. Patent L. R. 4-4) |
| December 29, 2025: | Opening Claim Construction Brief (N.D. Patent L. R. 4-5(a)) |
| January 12, 2026: | Responsive Claim Construction Brief (N.D. Patent L. R. 4-5(b)) |
| January 19, 2026: | Reply Claim Construction Brief (N.D. Patent L. R. 4-5(c)) |
| February 2, 2026: | Claim Construction Hearing (N.D. Patent L. R. 4-6) |
| August 7, 2026: | Fact Discovery Cut-Off |
| August 14, 2026: | Expert Initial Disclosures & Reports Due |
| August 28, 2026: | Expert Rebuttal Disclosure & Reports Due |
| September 11, 2026: | Expert Discovery Cut-Off |

| | |
|---|---|
| November 13, 2026: | Motion Hearing Cut-Off (Last day to hear any Motions, including dispositive motions) |
| January 8, 2027: | Trial Filings (First Round) |
| January 22, 2027: | Trial Filings (Second Round) |
| February 5, 2027: | Final Pre-Trial Conference Hearing |
| February 24, 2027: | **Trial** |

Dated: July 3, 2025                                       Respectfully submitted,

**ORBIT IP, LLP**                                         **BAYRAMOGLU LAW OFFICES LLC**

*/s/ Ehab M. Samuel*                                      */s/ David Silver*
Ehab M. Samuel                                            David Silver
(California Bar No. 228296)                               (California Bar No. 312445)
11400 West Olympic Blvd., Suite 200                       1540 West Warm Springs Rd., Ste. 100
Los Angeles, CA 90064                                     Henderson, NV 89014
Tel:  323-234-2989                                        Tel: (702) 462-5973
Fax:  310-887-1334                                        Fax: (702)553-3404
Email: esamuel@orbitip.com                                david@bayramoglu-legal.com
*Attorney for Defendant/Counterclaimant*                  *Attorney for Plaintiffs/Counter-Defendants*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, David Silver, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

>	*/s/ David Silver*
>	David Silver

## CERTIFICATE OF SERVICE

I, hereby certify that on July 3, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

>	*/s/ David Silver*
>	David Silver
>	**BAYRAMOGLU LAW OFFICES LLC**