IN THE UNTIED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd., Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd., Guangzhou Lincan Electronic Technology Co., Ltd., and Guangzhou Senran Electronic Technology Co., Ltd., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> Dbest Products, Inc., <br><br> Defendant/Counterclaimant. | Case No. 2:24-cv-10694-MWC-JC <br><br> **ORDER DENYING AS MOOT JOINT STIPULATION FOR ADDITIONAL DISCOVERY DATES (DKT. 50)** |

Upon consideration of the Joint Stipulation for Additional Discovery Dates, and good cause appearing thereof, **IT IS HEREBY ORDERED THAT:**

The Court **DENIES** the Stipulation as moot. A Civil Trial Order was issued at Dkt. No. 53.

-1-

1  IT IS SO ORDERED.

2  DATED: July 10, 2025

_____
Hon. Michelle Williams Court
United States District Judge