BAYRAMOGLU LAW OFFICES LLC
David Silver (California Bar No. 312445)
david@bayramoglu-legal.com
1540 West Warm Springs Road, Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973
Fax: (702) 553-3404

*Attorneys for Plaintiffs*
iBeauty Limited Company,
Dongguan Xianghuo Trading Co., Ltd.,
Dongguan Laiyang Trading Co., Ltd.,
Guangzhou Linyu Trading Co., Ltd.,
Guangzhou Lincan Electronic Technology Co., Ltd., and
Guangzhou Senran Electronic Technology Co., Ltd.

## IN THE UNTIED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd., Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd., Guangzhou Lincan Electronic Technology Co., Ltd., and Guangzhou Senran Electronic Technology Co., Ltd., | **CASE NO. 2:24-cv-10694-MWC-JC** |
| | **STIPULATION FOR PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT** |
| Plaintiffs, | |
| v. | |
| Dbest Products, Inc., | |
| Defendant. | |

1

Plaintiffs iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd., Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd., Guangzhou Lincan Electronic Technology Co., Ltd and Guangzhou Senran Electronic Technology Co., Ltd. (collectively, "Plaintiffs"), concurrently submits this stipulation alongside the filing of the Third Amended Complaint with the consent of Defendant dbest products, Inc. ("Defendant").

Defendant filed counterclaims along with its answer to the Second Amended Complaint (Dkt. No. 48). Because those counterclaims assert additional, later-asserted patents that were not addressed in the initial Complaint or Second Amended Complaint, Plaintiffs seek to assert new claims for declaratory judgment relief regarding those newly identified patents. To streamline the pleadings and avoid unnecessary motion practice, Defendant has consented to Plaintiffs filing a Third Amended Complaint, attached hereto as Exhibit A.

Therefore, Plaintiffs submit this stipulation to confirm that the Third Amended Complaint is being filed with Defendant's express written consent in accordance with Fed. R. Civ. P. 15(a)(2).

Additionally, to preserve the existing scheduling order, the Parties have agreed to an accelerated response deadline for the answer to the Third Amended

STIPULATION FOR PLAINTIFFS TO FILE
THIRD AMENDED COMPLAINT

CASE NO. 2:24-CV-10694-MWC-JC

Complaint and the answer to the Counterclaims. The stipulated response dates for the respective filings are as follows:

Answer to Third Amended Complaint: July 22, 2025

Answer to Counterclaims: July 27, 2025

Respectfully submitted this 18th day of July 2025.

<table>
<tr><td><em>/s/ David Silver</em></td><td><em>/s/ Ehab M. Samuel</em></td></tr>
<tr><td>David Silver</td><td>Ehab M. Samuel</td></tr>
<tr><td><strong>Bayramoglu Law Offices LLC</strong></td><td><strong>Orbit IP, LLP</strong></td></tr>
<tr><td>1540 W. Warm Springs Rd., Suite 100</td><td>620 Newport Center Drive, Suite 1100</td></tr>
<tr><td>Henderson, NV 89014</td><td>Newport Beach, CA 92660</td></tr>
<tr><td>702-462-5973</td><td>310-701-9592</td></tr>
<tr><td>Email: david@bayramoglu-legal.com</td><td>Email: esamuel@orbitip.com</td></tr>
<tr><td><em>Attorneys for Plaintiffs</em></td><td><em>Attorneys for Defendant</em></td></tr>
</table>

STIPULATION FOR PLAINTIFFS TO FILE                    CASE NO. 2:24-CV-10694-MWC-JC
THIRD AMENDED COMPLAINT

## <u>CERTIFICATE OF SERVICE</u>

I, David Silver, hereby certify that on July 18, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.


By: */s/ David Silver*
David Silver

STIPULATION FOR PLAINTIFFS TO FILE
THIRD AMENDED COMPLAINT                          CASE NO. 2:24-CV-10694-MWC-JC