# IN THE UNTIED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd., Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd., Guangzhou Lincan Electronic Technology Co., Ltd., and Guangzhou Senran Electronic Technology Co., Ltd., | CASE NO. 2:24-cv-10694-MWC-JC  **ORDER GRANTING STIPULATION FOR FILING THIRD AMENDED COMPLAINT (DKT. 56)** |
| Plaintiffs, v. | |
| Dbest Products, Inc., | |
| Defendant. | |

Upon consideration of the Stipulation for Plaintiffs to File a Third Amended Complaint, and good cause appearing thereof, **IT IS HEREBY ORDERED THAT:**

The Court accepts the filing of the Third Amended Complaint as attached to the Stipulation for Plaintiffs to File a Third Amended Complaint and filed concurrently therewith as the operative pleading. Defendant's Answer to the Third Amended Complaint shall be due on or before July 22, 2025. Plaintiffs Answer to any counterclaims asserted by Defendant with its Answer shall be due on or before July 27, 2025.

///

1  IT IS SO ORDERED.

3  DATED: July 18, 2025

_____
Hon. Michelle Williams Court
United States District Judge

2