David Silver (California Bar No. 312445)
david@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973
Fax: (702) 553-3404
*Attorneys for Plaintiffs/Counter-Defendant*s

**IN THE UNTIED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd., Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd., Guangzhou Lincan Electronic Technology Co., Ltd., and Guangzhou Senran Electronic Technology Co., Ltd., <br><br> Plaintiffs/Counter-Defendants, <br><br> v. <br><br> Dbest Products, Inc., <br><br> Defendant/Counterclaimant. | Case No. 2:24-cv-10694-MWC-JC <br><br> **PLAINTIFFS/COUNTER-DEFENDANTS' RESPONSE TO OSC RE CONSOLIDATION OF RELATED CASES** <br><br> Hon. Judge Michelle Williams Court |

Plaintiffs/Counter-Defendants iBeauty Limited Company, Dongguan Xianghuo Trading Co., Ltd., Dongguan Laiyang Trading Co., Ltd., Guangzhou Linyu Trading Co., Ltd., Guangzhou Lincan Electronic Technology Co., Ltd., and Guangzhou Senran Electronic Technology Co., Ltd. hereby submit their response to

1

the Court's Order to Show Cause whether consolidation is proper. Plaintiffs/Counter-Defendants will respond regarding each of the related cases as identified on the docket in turn.

2:24-cv-10961-MWC-JC: The Plaintiff in the 10961 action is Aborder Products, Inc. None of the involved product ASINs are the same as any of Plaintiffs/Counter-Defendants products. Plaintiffs/Counter-Defendants are not aware of any association with Aborder Products, Inc. or the products this party sells.

2:25-cv-04573-MWC-JC: The party Dongguan Xianghuo Trading Co., Ltd. is represented by a different counsel, Mr. Yang, in the 04573 action. Counsel for the present case (24-cv-10694) has not been authorized to agree to any consolidation as counsel is not aware of whether Mr. Yang would want to oppose any such consolidation. Therefore, Plaintiffs/Counter-Defendants leave the consolidation of the 04573 action to the Court's sound discretion.

2:25-cv-04586-MWC-JC: Plaintiffs/Counter-Defendants believe the 04586 action is proper for consolidation as it relates to the same parties, the same patents, the same ASINs, and the same allegations now being asserted by dbest products, Inc. in the counterclaims.

2:25-cv-04591-MWC-JC: The Defendant in the 04591 action is Aborder Products, Inc. None of the involved product ASINs are the same as any of

2

Plaintiffs/Counter-Defendants products. Plaintiffs/Counter-Defendants are not aware of any association with this party or the products this party sells.

2:25-cv-04596-MWC-JC: The Defendant in the 04596 action is Shantou Mengxiang Home Furnishings Co., Ltd. None of the involved product ASINs are the same as any of Plaintiffs/Counter-Defendants products. Plaintiffs/Counter-Defendants are not aware of any association with this party or the products this party sells.

2:25-cv-00471-MWC-JC: The Plaintiffs in the 00471 action are Hangzhou Alfa Trading Co LTD and Zhejiang Xinmao Plastie Industry Co. LTD. None of the involved product ASINs are the same as any of Plaintiffs/Counter-Defendants products. Plaintiffs/Counter-Defendants are not aware of any association with these parties or the products these parties sell.

2:24-cv-10842-MWC-JC: The Plaintiff in the 10842 action is Taizhou Luqiao Shengqiang Housewares Factory. None of the involved product ASINs are the same as any of Plaintiffs/Counter-Defendants products. Plaintiffs/Counter-Defendants are not aware of any association with this party or the products this party sells.

2:25-cv-04583-MWC-JC: Plaintiffs/Counter-Defendants believe the 04583 action is proper for consolidation as it relates to the same parties, the same patents, the same ASINs, and the same allegations now being asserted by dbest products, Inc. in the counterclaims. As for the Court's recent OSC re Dismissal in the 04583 action,

3

dbest product, Inc.'s service is woefully deficient. The proof of service identifies that service was executed on a "Liam Ben-David" as the CEO of iBeauty Limited Company. However, Liam Ben-David is the registered agent for iBeauty Brands Inc., which is a California entity and an entirely different entity from iBeauty Limited Company, which is clearly identified as a Colorado entity. Had counsel for dbest products, Inc. attempted to search the public Colorado entity database, he would have easily found iBeauty Limited Company's registered agent for service of process, namely, Lijun Zheng. Additionally, Counsel for iBeauty Limited Company (Mr. David Silver) spoke with counsel for dbest products, Inc. (Mr. Ehab Samuel) the day before the OSC re Dismissal in the 04583 action was issued. Mr. Samuel informed Mr. Silver that there was no intention of seeking a default given the present OSC re Consolidation, the asserted counterclaims, and the parties' willingness to consolidate these actions. Furthermore, Plaintiffs/Counter-Defendants will be filing their answer to the counterclaims shortly, if not concurrently herewith, given the prior accepted stipulation for an accelerated answer deadline. Plaintiffs/Counter-Defendants believes this addresses the OSC re Dismissal in the 04583 action as well, and no default should be sought or granted.

2:25-cv-02311-MWC-JC: The Plaintiffs in the 02311 action are Wuhan Zhidan Network Technology Co. Ltd. and Wuhan Lanzhi Network Technology Co. Ltd. None of the involved product ASINs are the same as any of Plaintiffs/Counter-

PLAINTIFFS/COUNTER-DEFENDANTS' RESPONSE                    2:24-cv-10694-MWC-JC
TO OSC RE CONSOLIDATION OF RELATED CASES

Defendants products. Plaintiffs/Counter-Defendants are not aware of any association with these parties or the products these parties sell.

2:25-cv-04587-MWC-JC: The party identified in the complaint is JIEYANG JUXIAONIAN CO., LTD, while the docket and the ASINs in Exhibit C attached to the complaint identifies Guangzhou Linyu Trading Co., Ltd. As the complaints filed by dbest products, Inc. appear to be largely cookie cutter complaints, Plaintiffs/Counter-Defendants believe this complaint was likely misfiled. Plaintiffs/Counter-Defendants do not oppose consolidation of allegations made against Guangzhou Linyu Trading Co., Ltd. that match the allegations dbest products, Inc. raises in its counterclaims. However, as the filed complaint misidentifies the parties, Plaintiffs/Counter-Defendants believe it better to have the incorrectly filed complaint dismissed to avoid future confusion.

2:25-cv-04588-MWC-JC: Plaintiffs/Counter-Defendants believe the 04588 action is proper for consolidation as it relates to the same parties, the same patents, the same ASINs, and the same allegations now being asserted by dbest products, Inc. in the counterclaims.

2:25-cv-04589-MWC-JC: Plaintiffs/Counter-Defendants believe the 04589 action is proper for consolidation as it relates to the same parties, the same patents, the same ASINs, and the same allegations now being asserted by dbest products, Inc. in the counterclaims.

2:25-cv-04623-MWC-JC: The Defendant in the 04623 action is Guangzhou Beidouhuliankeii Company Ltd. Plaintiffs/Counter-Defendants are not aware of any association with this party or the products this party sells.

2:25-cv-04566-MWC-JC: The Defendants in the 04566 action are Amazon.com, Inc. and Amazon.com Services LLC. Plaintiffs/Counter-Defendants believe that dbest products, Inc. is using this complaint to leverage Amazon to remove Plaintiffs/Counter-Defendants' products without the need of seeking any injunctive orders from the Court. At the very least, the 04566 action includes ASIN B0CHRNM2YF, which matches one of the ASINs for iBeauty Limited Company. To the extent dbest products, Inc. is attempting to impact the rights of Plaintiffs/Counter-Defendants in this action (24-cv-10694), Plaintiffs/Counter-Defendants believe the 04566 action would be proper for consolidation to a severed portion of the 04566 action as it relates to Plaintiffs/Counter-Defendants or their products, such as ASIN B0CHRNM2YF.

2:25-cv-04614-MWC-JC: The Defendant in the 04614 action is Hangzhou Alfa Trading Company, Ltd. Plaintiffs/Counter-Defendants are not aware of any association with this party or the products this party sells.

2:25-cv-04606-MWC-JC: The Defendant in the 04606 action is Zhejiang Xinmao Plastie Industry Company, Ltd. Plaintiffs/Counter-Defendants are not aware of any association with this party or the products this party sells.

PLAINTIFFS/COUNTER-DEFENDANTS' RESPONSE                    2:24-cv-10694-MWC-JC
TO OSC RE CONSOLIDATION OF RELATED CASES

Generally, Plaintiffs/Counter-Defendants do not oppose the consolidation of cases relating to them as defendants with this present matter. However, Plaintiffs/Counter-Defendants believe consolidating this matter with the identified related cases involving additional parties, even if involving similar patent infringement allegations, would only lead to frustration of the current matter.

As it currently stands, there are multiple Plaintiffs/Counter-Defendants, each with their own products. While there might be some cross-over with some of the products, there are multiple distinct products at issue. Adding different parties with different products will require a separate analysis for each additional party and product. Consolidation of such cases will only compound the amount of different analyses and could potentially cause a confusion or improper conflation of different products. Where the parties and products are different, the case should have its own separate determination and should not be consolidated.

In short, Plaintiffs/Counter-Defendants believe consolidation of the below cases would be proper:

2:25-cv-04586-MWC-JC

2:25-cv-04583-MWC-JC (and no default against iBeauty Limited Company should be sought or entered)

2:25-cv-04588-MWC-JC

2:25-cv-04589-MWC-JC

PLAINTIFFS/COUNTER-DEFENDANTS' RESPONSE                2:24-cv-10694-MWC-JC
TO OSC RE CONSOLIDATION OF RELATED CASES

1    2:25-cv-04566-MWC-JC (solely for allegations relating to Plaintiffs/Counter-

2    Defendants or their products, such as ASIN B0CHRNM2YF)

3    2:25-cv-04587-MWC-JC should be dismissed as the filing named the

4

5    incorrect party and consolidating the complaint may cause confusion.

6    Given the representation of different counsel in the 2:25-cv-04573-MWC-JC

7    action, Plaintiffs/Counter-Defendants leave the matter of consolidation to the

8

9    Court's sound discretion.

10    Plaintiffs/Counter-Defendants do not believe the consolidation of any of the

11    remaining identified related cases to be proper.

12

13    DATED: July 25, 2025                    Respectfully submitted,

14

15                                            /s/ *David Silver*
                                              David Silver (CA Bar No. 312445)

16                                            **BAYRAMOGLU LAW OFFICES, LLC**
                                              1540 West Warm Springs Road, Suite 100

17                                            Henderson, Nevada 89014

18                                            T: (702) 462-5973
                                              F: (702) 553-3404

19                                            david@bayramoglu-legal.com
                                              *Attorneys for Plaintiffs/Counter-Defendants*

20

21

22

23

24

25

26

27

8

## <u>CERTIFICATE OF SERVICE</u>

I, David Silver, hereby certify that on July 25, 2025, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.


/s/ David Silver
David Silver (CA Bar No. 312445)
**BAYRAMOGLU LAW OFFICES, LLC**

PLAINTIFFS/COUNTER-DEFENDANTS' RESPONSE                    2:24-cv-10694-MWC-JC
TO OSC RE CONSOLIDATION OF RELATED CASES